[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————

No. 11-16093

————————————

D. C. Docket No. 2:10-cr-00066-JES-SPC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN L. YATES,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————

(June 10, 2015)

**ON REMAND FROM THE
UNITED STATES SUPREME COURT**

Before JORDAN, DUBINA, and BALDOCK,[*] Circuit Judges.

PER CURIAM:

_____

[*] Honorable Bobby R. Baldock, United States Circuit Judge for the Tenth Circuit, sitting by designation.

In light of the Supreme Court's judgment in *Yates v. United States*, 135 S. Ct. 1074 (2015), we vacate John Yates's convictions under 18 U.S.C. § 1519 and affirm Mr. Yates's conviction under 18 U.S.C. § 2232.  We reinstate all but Part IV.B of our prior opinion, reported at 733 F.3d 1059 (11th  Cir. 2013), and remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

AFFIRMED in part, VACATED and REMANDED, in part.